# UNITED STATES DISTRICT COURT
## Northern District of California

| | |
|---|---|
| PRIME 3 GROUP, | No. C 13-00264 MEJ |
|     Plaintiff(s), | **ORDER VACATING HEARING RE: DOCKET NO. 19** |
| v. | |
| SOLFOCUS INC, | |
|     Defendant(s). | |
| _____/ | |

This matter is currently scheduled for a hearing regarding Plaintiff's Motion for Default Judgment on June 20, 2013, at 10:00 a.m before Magistrate Judge Maria-Elena James. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the June 20, 2013 hearing. The Court shall issue an order forthwith. No appearances are necessary.

**IT IS SO ORDERED.**

Dated: June 19, 2013

_____
Maria-Elena James
United States Magistrate Judge