UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PRIME 3 GROUP,<br><br>            Plaintiff(s),<br>  v.<br>SOLFOCUS INC,<br><br>            Defendant(s).<br>_____/ | No. C 13-00264 MEJ<br><br>**ORDER VACATING HEARING RE: DOCKET NO. 19** |

This matter is currently scheduled for a hearing regarding Plaintiff's Motion for Default Judgment on June 20, 2013, at 10:00 a.m before Magistrate Judge Maria-Elena James. Pursuant to Federal Rule of Civil Procedure 78(b) and Civil Local Rule 7-1(b), the Court finds this matter suitable for disposition without oral argument and hereby VACATES the June 20, 2013 hearing. The Court shall issue an order forthwith. No appearances are necessary.

**IT IS SO ORDERED.**

Dated: June 19, 2013

_____
Maria-Elena James
United States Magistrate Judge