UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| PRIME 3 GROUP,<br><br>              Plaintiff,<br>   v.<br><br>SOLFOCUS INC,<br><br>             Defendant.<br>_____/ | No. C 13-00264 MEJ<br><br>**ORDER FOR SUPPLEMENTAL BRIEFING RE REQUEST FOR ATTORNEYS' FEES AND COSTS** |

Pending before the Court is Plaintiff Prime 3 Group's Motion for Default Judgment (Dkt. No. 19). In its Motion, Plaintiff has requested an award of attorneys' fees and costs, as provided for in the parties' Agreement. In reviewing Plaintiff's Motion and counsel's declarations and billing records, the Court is unable to determine whether Plaintiff is seeking to recover fees for all attorneys who worked on this matter, or for only Mr. Hafter and Mr. King. Further, while Mr. Hafter sets forth his hourly rate and the discounted rate he billed for work in this lawsuit, he does not specify what Mr. King's hourly rate (or discounted rate) is in this case. Accordingly, to enable the Court to assess the reasonableness of counsel's hourly rates and the time billed, the Court **ORDERS** Plaintiff's counsel to submit a supplemental declaration specifying each attorney's billed hourly rate, the total time billed for each attorney, and an itemization of fees and costs claimed. The supplemental declaration shall be filed no later than June 28, 2013.

    **IT IS SO ORDERED.**

Dated: June 20, 2013

                                                          _____
                                                          Maria-Elena James
                                                          United States Magistrate Judge